# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Philip Dace,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>United States Postal Service (USPS),<br><br>　　　　　　Defendant. | 2:25-cv-00059-GMN-MDC<br><br>**ORDER GRANTING MOTION** |

Pending before the Court is defendant's *Motion to Extend to Respond to Complaint* ("Motion") (ECF No. 7). No opposition has been filed, and the time to do so has passed. *See* LR 7-2(d) ("The failure of an opposing party to file points and authorities in response to any motion…constitutes a consent to the granting of the motion.").

ACCORDINGLY,

**IT IS ORDERED that** the *Motion to Extend Time to Respond to Complaint* (ECF No. 7) is GRANTED. Federal Defendant shall file a response to plaintiff's complaint by **March 18, 2025**.

DATED this 4th day of February 2025.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Maximiliano D. Couvillier III
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

## NOTICE

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal

may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985).

This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, the plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. Failure to comply with this rule may result in dismissal of the action.