SIGAL CHATTAH
United States Attorney
District of Nevada
NV Bar No. 8264
PATRICK ROSE
Assistant United States Attorney
NV Bar No. 5109
TAMER B. BOTROS
Assistant United States Attorney
NV Bar No. 12183
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6787
Patrick.Rose@usdoj.gov
Tamer.Botros@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PHILIP DACE,<br><br>           Plaintiff,<br><br>      v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>           Defendant. | Case No. 2:25-cv-00059<br><br>**Stipulation and Order to Dismiss without Prejudice** |

Plaintiff Pro Se and Defendant, through its undersigned counsel, stipulate that this action may be dismissed without prejudice, each party to bear its own costs and attorney's fees.

Respectfully submitted this 4th day of April 2025.

/s/ Philip Dace
PHILIP DACE
*Pro se*

SIGAL CHATTAH
United States Attorney

/s/ Tamer B. Botros
TAMER B. BOTROS
*Assistant United States Attorney*

**IT IS SO ORDERED.**

Dated this  4   day of April, 2025.

_____
**UNITED STATES DISTRICT JUDGE**